IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ELECTRONIC CONTROLS
& SYSTEMS, INC.,

   Plaintiff,

vs.              CASE NO.: 1:06cv172-SPM

FLORIDA ROCK INDUSTRIES, INC.,
et al.,

   Defendants.
_____/

## ORDER OF DISMISSAL

  Plaintiff having failed to respond to the Order to Show Cause (doc. 24) dated March 12, 2007, pursuant to Federal Rule of Civil Procedure 41(b), it is

  ORDERED AND ADJUDGED that this case is dismissed with prejudice for failure to prosecute.

  DONE AND ORDERED this 29th day of March, 2007.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge