IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ELECTRONIC CONTROLS
& SYSTEMS, INC.,

      Plaintiff,

vs.                                          CASE NO.: 1:06cv172-SPM

FLORIDA ROCK INDUSTRIES, INC.,
et al.,

      Defendants.
_____/

**ORDER SETTING ASIDE JUDGMENT AND
ACKNOWLEDGING STIPULATION FOR DISMISSAL**

      Upon consideration, Plaintiff's Unopposed Motion for Relief from Judgment (doc. 27) is granted. The Order of Dismissal (doc. 25) and Judgment (doc. 26) are vacated and set aside.

      This case is hereby dismissed, however, in accordance with the parties' Stipulation for Dismissal (doc. 28) and Federal Rule of Civil Procedure 41(a)(1)(ii). The clerk shall close the case.

      SO ORDERED this 27th day of February, 2008.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge